1

2

3

4

5
UNITED STATES DISTRICT COURT

6
EASTERN DISTRICT OF WASHINGTON

7
In Re:

8
LLS AMERICA, LLC,

9
                                    Debtor,

10
BRUCE P. KRIEGMAN, solely in his
capacity as court-appointed Chapter 11

11
Trustee for LLS America, LLC,

12
                                    Plaintiff,

13
v.

14
RENE BAUDEZ and ARMADE
BAUDEZ

15
                                    Defendants.

16

NO:  CV-12-663-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80202-PCW11

ORDER GRANTING MOTION TO
CONSOLIDATE WITH CASE NO.
2:13-CV-18-RMP

17

18
     THIS MATTER came on for consideration upon the Stipulation Re:

19
Consolidation with Case No. 13-CV-18-RMP, and it appearing from the file and

20
records of this Court in this case that good cause exists for Defendants Rene

Baudez and Armade Baudez to have their case consolidated with the following

ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:13-
CV-18-RMP ~ 1

lawsuit: *Bruce P. Kriegman, Plaintiff, v. Horst Romani and Claudine Romani and H&C Investments, Ltd., Defendants,* Case No. 13-CV-18-RMP, on the grounds that the Court has ordered the trials for these two cases to occur on the same day and on the parties' agreement that the amounts in controversy and facts regarding these cases are similar in nature.  Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Motion to Consolidate, **ECF No. 25**, and Motion to Expedite Hearing, **ECF No. 26**, are **GRANTED**.

    The District Court Clerk is directed to enter this order, **consolidate 12-CV-663-RMP** with **13-CV-18-RMP**, provide copies of this order to counsel, any pro se defendants, and to Judge Frederick P. Corbit, **and close Case No. 12-CV-663-RMP**.

    **DATED** this 27th day of January 2014.


    _____*s/ Rosanna Malouf Peterson*_____
    ROSANNA MALOUF PETERSON
    Chief United States District Court Judge